1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KRZYSZTOF F. WOLINSKI,                    No. 2:15-CV-0649-CMK-P

12             Plaintiff,

13        vs.                                    ORDER

14    E. BEAM, et al.,

15             Defendants.

16    _____/

17             Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.   The alleged civil rights violations took place in Kings County, which is

19    within the boundaries of the Fresno division of the United States District Court for the Eastern

20    District of California.  See Local Rule 120(b).  Pursuant to Local Rule 120(d), a civil action

21    which has not been commenced in the proper division of the court may, on the court's own

22    motion, be transferred to the proper division.  Because the Sacramento division of this court is

23    not the proper division, this action will be transferred to the Fresno division.

24    / / /

25    / / /

26    / / /

1

1    Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

2  United States District Court for the Eastern District of California sitting in Fresno.

3

4    DATED:  April 17, 2015

5

6  CRAIG M. KELLISON
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2